IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KWB ENTERPRISES, INC. d/b/a WEST MAIN DINER,**<br><br>*Plaintiff*,<br><br>v.<br><br>**NATIONWIDE GENERAL INSURANCE COMPANY** *et al.*,<br><br>*Defendants*. | Civil Action<br><br>No. 20-cv-5195 |

## ORDER

**AND NOW**, this 31st day of January, 2022, upon consideration of Defendants' motion to Dismiss for Failure to State a Claim (ECF No. 12), Plaintiff's response in opposition thereto (ECF No. 13), and Defendants' reply (ECF No. 17), and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss is **GRANTED**.
2. Plaintiff's Complaint is **DISMISSED**.
3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**